# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SHELDON GORDON,** | : | Case No. 1:05CV2726 |
| | : | |
| Plaintiff, | : | JUDGE KATHLEEN O'MALLEY |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **DAVID DADANTE,** *et al.*, | : | (issued under seal pursuant |
| | : | to Court's prior sealing order) |
| Defendants. | : | |

### THIS ORDER AMENDS THE COURT'S NOVEMBER 23, 2005 SEALING ORDER

Upon request from the Receiver, and based upon inquiries presented to the Receiver by various law enforcement agencies, the Court hereby **AMENDS** its November 23, 2005 sealing order to permit the Receiver, AND THE RECEIVER ONLY, to share books, records, information and tangible things with law enforcement agencies, including, but not limited to, the United States Attorney's Office, the Federal Bureau of Investigation and the Securities and Exchange Commission.

*Plaintiff's Motion for a Limited Release from the Court's November 23, 2005 Order Sealing Case for Thirty (30) Days* (Doc. 11) is **DENIED**.

**IT IS SO ORDERED.**

                                                          s/Kathleen M. O'Malley
                                                          **KATHLEEN McDONALD O'MALLEY**
                                                          **UNITED STATES DISTRICT JUDGE**

**Dated: December 1, 2005**