# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SHELDON GORDON,** | : | **Case No. 1:05CV2726** |
| | : | |
| Plaintiff, | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **DAVID DADANTE,** *et al.*, | : | **(issued under seal pursuant** |
| | : | **to Court's prior sealing order)** |
| Defendants. | : | |

Upon request of the parties, and due to the immediate need for this Court's attention on this matter, it is hereby **ORDERED** that the briefing schedule in connection with Defendant David DaDante's motion seeking to disqualify the law firm of Kohrman Jackson & Krantz PLL from representing the Plaintiff in this case, which was filed on the afternoon of December 1, 2005, shall be expedited. **The deadline for filing an opposition brief is 12:00 p.m. on Tuesday, December 6, 2005.**

A hearing to determine whether the Receiver's authority shall continue, and on the anticipated motion to disqualify, is <u>SET for December 8, 2005 at 9:30 a.m. in Courtroom 16A</u>.

IT IS SO ORDERED.

                                         s/Kathleen M. O'Malley
                                         **KATHLEEN McDONALD O'MALLEY**
                                         **UNITED STATES DISTRICT JUDGE**

**Dated: December 1, 2005**