UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SHELDON GORDON,** *et al*, : | Case No. 1:05cv2726 |
| **Plaintiffs,** : | JUDGE KATHLEEN O'MALLEY |
| v. : | |
| : | **ORDER** |
| **DAVID DADANTE,** *et al.*, : | |
| **Defendants.** : | |

 With leave of Court, Plaintiffs filed their *First Amended Complaint* on April 5, 2006 (Doc. 71). Accordingly, in so far as they relate only to the original Complaint (Doc. 1), Defendant Dadante's *Motion to Dismiss* (Doc. 18) and *Motion for Summary Judgment* (Doc. 23) are **DENIED as moot**; and Defendant Pershing LLC's *Motion to Dismiss* (Doc. 47) is **DENIED as moot**. If appropriate, these motions may be re-filed. Parties shall not, however, simply re-file these motions without first verifying – and, to the extent necessary, revising – that previously asserted arguments remain relevant *vis-a-vis* the *First Amended Complaint*.

 In light of the Court's various Orders and interactions with the stakeholder defendants, Defendant Ferris, Baker Watts, Inc.'s *Motion to Modify Order Dated November 23, 2005* (Doc. 10) is **DENIED as moot**.

 **IT IS SO ORDERED.**

                s/Kathleen M. O'Malley
                KATHLEEN McDONALD O'MALLEY
                UNITED STATES DISTRICT JUDGE

**Dated: April 18, 2006**