UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SHELDON GORDON** *et al.*, | : | Case No. 1:05CV2726 |
| | : | |
| Plaintiffs, | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **DAVID DADANTE**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

On April 6, 2006, the investor Plaintiffs filed a notice of deposition (Doc. 74), in which they notified Defendant David Dadante and the Court that Dadante's deposition would go forward on April 18, 2006. By letter dated April 20, 2006, counsel for the investor Plaintiffs informed the Court that Dadante failed to appear for his deposition. Counsel's letter requested either an opportunity to brief a motion to compel Dadante's appearance for deposition, or an order compelling his appearance <u>in chambers</u> for deposition. Briefing on this issue is unnecessary.

Upon re-notice by the investor Plaintiffs, Defendant David Dadante is hereby **COMPELLED TO APPEAR in the undersigned's chambers for deposition**.[1] Prior to re-noticing Dadante's deposition, the investor Plaintiffs shall confer with the Court regarding the date for the deposition. Failure to appear will result in sanctions against Dadante, including possible entry of default judgement against Dadante.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: May 2, 2006**

---

[1] Chambers of United States District Court Judge Kathleen M. O'Malley, Courtroom 16A, Carl B. Stokes United States Court House, 801 W. Superior, Cleveland, Ohio 44113-1830