**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHELDON GORDON,** *et al.*, | : | Case No. 1:05cv2726 |
| | : | |
| Plaintiffs, | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **DAVID DADANTE,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

On September 11, 2006, the Court held a status conference in this matter, the purpose of which was to discuss with the brokerage houses the status of their margin loans in the accounts affected by the trading restriction defined in the Court's prior orders. This Order memorializes the oral ruling made at that hearing. This Order shall be read in conjunction with all findings made, and directions given, by the Court at that conference.

- The trading restriction with regard to Innotrac Corporation ("Innotrac") shares, as defined in the Court's prior orders, is **HEREBY EXTENDED** until 5:00 p.m. on **January 9, 2007.**

**IT IS SO ORDERED.**

                                                                       s/Kathleen M. O'Malley
                                                                      **KATHLEEN McDONALD O'MALLEY**
                                                                      **UNITED STATES DISTRICT JUDGE**

**Dated: September 12, 2006**