**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SHELDON GORDON, et al., | : | Case No.  1:05-CV-2726 |
| Plaintiffs, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| DAVID DADANTE, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Before the Court is the Receiver's Motion for Order Establishing Plan of Distribution from Receivership Estate.  (Doc. 457.)  Several parties have filed responses to the Receiver's Motion. (Docs. 461, 462, 465, 467, 468, 469.)  In light of these responses, the Receiver has asked this Court to hold a hearing where all parties' concerns may be addressed.  (Doc. 467.)

As an initial matter, the Court will extend the deadline for any party wishing to comment on the Receiver's proposal to November 6, 2009.  The Court does this in light of the large number of unrepresented parties in this action who likely do not check the docket of this case on a regular basis. The Court reminds parties, however, that any responses must be civil and appropriate to this forum. Such responses will considered by the Court if they are properly filed on the Court's docket or transmitted to the Receiver.  The Receiver shall file any responses by November 9, 2009 at 2:00pm. Parties who have already filed responses, either formally with the Court or by letter to the Receiver, need not and should not refile them.

The Court **GRANTS** the Receiver's Motion to Set Hearing (Doc. 467).  Hearing to be held on November 10, 2009 at 4:00pm.  Any party who has filed a written response to the Receiver's proposal prior to November 6, 2009, **and no others**, may address the Court during the hearing.

The Receiver shall send a copy of this Order, as well as his proposal, to all unrepresented plaintiffs in this action within three days of the date of this order.

**IT IS SO ORDERED.**

<u>s/Kathleen M. O'Malley</u>
**KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE**

**Dated: October 26, 2009**