# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SHELDON GORDON, ET AL.,** ) | **CASE NO.1:05CV2726** |
| ) | |
| **Plaintiff,** ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| **Vs.** ) | |
| ) | |
| **DAVID DADANTE, ET AL.,** ) | **ORDER** |
| ) | |
| **Defendant.** ) | |

### CHRISTOPHER A. BOYKO, J:

This matter is before the Court on the Motion for Leave to Withdraw as Counsel for Plaintiff/Claimants Sheldon Gordon and Investor Gae Teresczuk.  (ECF # 777).  The Motion was referred to the Magistrate Judge, along with several other pending motions, for a Report and Recommendation ("R & R").  On February 1, 2018, the Magistrate Judge issued his comprehensive Report and Recommendation on all pending motions that were referred to him.  Included in his R & R was the Magistrate Judge's Recommendation that Plaintiffs' Motion for Leave to Withdraw be granted.  There being no objections to the Magistrate Judge's Recommendation on Plaintiffs' Motion for Leave to Withdraw, the Court adopts the Magistrate Judge's unopposed Recommendation and grants Plaintiffs' Motion.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated:  April 24, 2018