**United States District Court for the** Northern

**District of** Ohio

| Sheldon Gordon, et al. |
|---|

Plaintiff,

vs.                                                                                   Case No. 1:05 CV 2726

| David Dadante, et al. |
|---|

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Cleveland Construction, Inc., Small Brothers Partnership, James W. Small, James Small, Jr., James W. Small, as Parent and Next Friend of N.S., Minor, Jon D. Small, and Mark T. Small, (the "Small Parties")
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the Order (ECF #839)
*The final judgment, from an order describing it*

entered in this action on the  24th  day of  July , 2018 .

(s) Jennifer B. Orr  (0084145)

Address: Taft Stettinius & Hollister LLP

200 Public Square, Suite 3500

Cleveland, OH 44114

Attorney for  the Small Parties

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ✔
     Court of Appeals ✔

6CA-3
11/16